UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



UNITED STATES OF AMERICA, )
) 2:96-CR-191-LDG
Plaintiff, )
)
vs. )
)
MATTHEW DE LOS SANTOS )
)
Defendant. )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#24), sentencing held on April 11, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: UNKNOWN VICTIMS
    Amount of Restitution: $10,500.00

    Name of Payee: ESTHER NICKEL
    Amount of Restitution: $2,500.00

    Name of Payee: CASPER MENNINGA
    Amount of Restitution: $16,200.00

    Name of Payee: FRANCIS PECK
    Amount of Restitution: $2,500.00

    Name of Payee: DOROTHY YORLETS
    Amount of Restitution: $30,600.00

Name of Payee: MARY CRISE
Amount of Restitution: $2,500.00

**Total Amount of Restitution ordered:** $64,800.00

Dated this __26__ day of February 2019.

_____
UNITED STATES DISTRICT JUDGE